# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon Johnson Coleman | Sitting Judge if Other than Assigned Judge | Jeffrey Gilbert |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8081 | **DATE** | 7/9/2012 |
| **CASE TITLE** | Barker et al v. Luxottica Retail North America, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Judge Coleman's order dismissing this case [66], all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Referral terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | emp |
|---|---|---|